# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 20-5061**                     **September Term, 2020**

**1:19-cv-03584-UNA**

**Filed On:** November 18, 2020

Page David Penk,

      Appellant

    v.

William Pelham Barr, The Honorable Attorney
General for the United States of America,

      Appellee

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Henderson and Rogers, Circuit Judges, and Sentelle, Senior Circuit
Judge

### J U D G M E N T

This appeal was considered on the record from the United States District Court
for the District of Columbia and on the briefs and supplement filed by appellant. <u>See</u>
Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed January 10,
2020 be affirmed. The district court correctly concluded that appellant lacks standing to
challenge the constitutionality of the federal death penalty statute because appellant
does not claim to be facing the death penalty. <u>See</u> <u>Warth v. Seldin</u>, 422 U.S. 490, 501
(1975) (To establish standing, "the plaintiff [] must allege a distinct and palpable injury
to himself, even if it is an injury shared by a large class of other possible litigants.").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk
is directed to withhold issuance of the mandate herein until seven days after resolution
of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

           BY:    /s/
                      Daniel J. Reidy
                      Deputy Clerk